Submitted on record and briefs August 4, reversed and remanded for new trial
September 30, 1987

## STATE OF OREGON,
*Respondent,*

*v.*

## GARY BRUCE GRAVES,
*Appellant.*

(CR6-1802-20; CA A42878)

742 P2d 1200

Carl W. Hopp, Jr., Bend, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for assault on a public safety officer, ORS 163.208, and harassment. ORS 166.065. Trial was to the court, without a jury. The sole claim of error is that defendant did not execute a written waiver of trial by jury as required by ORS 136.001 and Article I, section 11, of the Oregon Constitution. The state concedes that the court erred, and we agree. *State v. Cullett,* 86 Or App 219, 738 P2d 611 (1987); *State v. Van Lieu,* 48 Or App 671, 617 P2d 914 (1980).

Reversed and remanded for a new trial.